UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHRYN M. CHASTAIN**,                              Case No. 6:14-cv-00704-KI

        Plaintiff,                                   JUDGMENT

   v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,

        Defendant.

    Kathryn M. Tassinari
    Brent Wells
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Ste. 200
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    Acting United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 S.W. Third Ave., Ste. 600
Portland, OR 97201-2902

Lisa Goldoftas
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Sve., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this   10th   day of July, 2015.


      /s/ Garr M. King
      Garr M. King
      United States District Judge

Page 2 - JUDGMENT